**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2005 AUG 29 A 10: 27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**JAMES FISHER,**

    Plaintiff,

v.                                  CASE NO. 3:05-cv-82-J-25TEM

**OFFICER DANZEN** and
**JACKSONVILLE SHERIFF'S OFFICE,**

    Defendants.

---

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 10) recommending that Plaintiff's request to proceed *in forma pauperis* (Dkt. 2) be denied and that this action be dismissed without prejudice. The Plaintiff previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. No objection has been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is adopted and incorporated by reference in this Order.

2. Plaintiff's request to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED without prejudice** to Plaintiff to re-file a properly

amended, paid complaint within thirty (30) days from the date hereof.

**DONE AND ORDERED** at Jacksonville, Florida this 26 day of July, 2005.

                                                  **HENRY LEE ADAMS, JR.**
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record